# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               NO.  4:05CR00308 SWW

JOSHUA DAVID GARRETT

### ORDER

Due to a conflict with the Court's schedule, the hearing on the government' petition to revoke supervised release in the above matter set for Friday, May 4, 2012, at 1:00 p.m. is continued until a date that will be set by separate order.

IT IS SO ORDERED this 2nd  day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE